1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
3   ELIZABETH D. KURLAN (CABN 255869)
    Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11
    NADEZHDA MELNICHUK,
12                                          C 4:24-cv-06471-HSG
                    Plaintiff,
13
         v.                                 **STIPULATION TO EXTEND TIME FOR**
14                                          **DEFENDANTS' RESPONSE TO PLAINTIFF'S**
    ALEJANDRO MAYORKAS, Secretary of the    **COMPLAINT AND ORDER**
15  United States Department of Homeland
    Security, *et al*.,
16
                    Defendants.
17

18

19       The parties, through their undersigned attorneys, hereby stipulate to an extension of time for

20  Defendants' response to Plaintiff's complaint.  Defendants will file their response on or before

21  January 20, 2025.  The parties make this request because the agency needs a brief period of additional

22  time to determine how it will proceed with Plaintiff's asylum case.

23       The parties further request a corresponding extension on the deadline for filing a summary

24  judgment motion under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 4.  Currently,

25  Defendants must file a motion for summary judgment by 120 days after the complaint was served, or

26  January 20, 2025.  In view of the agreed-upon extension for Defendants' response to the complaint, the

27  parties request that Defendants must file their motion for summary judgment by March 21, 2025.

28
    Stipulation to Extend
    C 4:24-cv-06471-HSG                        1

1

2  Dated: November 19, 2024                     Respectfully submitted[1],

3                                                ISMAIL J. RAMSEY
                                                 United States Attorney
4

5                                                 */s/ Elizabeth D. Kurlan*
                                                 ELIZABETH D. KURLAN
6                                                Assistant United States Attorney
                                                 Attorneys for Defendants
7

8  Dated: November 19, 2024

9                                                 */s/ Svetlana L. Kaff*
                                                 SVETLANA L. KAFF
10                                               Law Offices of Svetlana L. Kaff
                                                 Attorney for Plaintiff
11

12

13                                  **ORDER**

14            Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date:    11/20/2024

17                                               HON. HAYWOOD S. GILLIAM, JR.
                                                 United States District Judge
18

19

20

21

22

23

24

25

26

27
    _____
    [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
28  signatories listed herein concur in the filing of this document.
    Stipulation to Extend
    C 4:24-cv-06471-HSG                   2