ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NADEZHDA MELNICHUK,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>Defendants. | C 4:24-cv-06471-HSG<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until March 7, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") re-interviewed Plaintiff on January 6, 2025. Following the re-interview, USCIS will work diligently towards completing adjudication of Plaintiff's application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 7, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 17, 2025

Respectfully submitted[1],

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: January 17, 2025

 /s/ Svetlana L. Kaff
SVETLANA L. KAFF
Law Offices of Svetlana L. Kaff
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/21/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.