PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NADEZHDA MELNICHUK,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM[1], Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | C 4:24-cv-06471-HSG<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") re-interviewed Plaintiff on January 6, 2025. Following the re-interview, USCIS needs a brief period of additional time to complete adjudication of the application.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 7, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
C 4:24-cv-06471-HSG                      1

appropriate, or placement of the case back on the Court's active docket.  A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 7, 2025

Respectfully submitted[2],

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: March 7, 2025

*/s/ Svetlana L. Kaff*
SVETLANA L. KAFF
Law Offices of Svetlana L. Kaff
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/10/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.